EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                         | 2023 TSPR 90    |
|                                |                 |
| Alberto J. Rafols Van Derdys   | 212 DPR ___     |

Número del Caso:  TS-11,694

Fecha:  6 de julio de 2023

Abogado del peticionario:

         Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Alberto J. Rafols Van Derdys

TS-11,694

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de julio de 2023.

Evaluada la *Moción Solicitando Reinstalación a la Práctica de la Abogacía* del 28 de junio de 2023, se reinstala al Lcdo. Alberto J. Rafols Van Derdys al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Colón Pérez proveería No Ha Lugar a la solicitud de reinstalación.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo